# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0813. DENNIS B. STALLINGS v. MARTY ALLEN, WARDEN.**

Dennis B. Stallings appeals from the trial court's order denying his petition for a writ of habeas corpus. Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/12/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*